**FILED**
CLERK, U.S. DISTRICT COURT
AUG - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TONY BREWER,<br><br>        Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 08-1293 CBM (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as an unauthorized successive petition.

DATED: 8/6/08

                                                CONSUELO B. MARSHALL
                                                United States District Judge